[Cite as *State ex rel. K & D Group, Inc. v. O'Donnell*, 2013-Ohio-3819.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 100292**

# STATE EX REL., THE K & D GROUP, INC., ET AL.

RELATORS

vs.

# THE HONORABLE JOHN P. O'DONNELL

RESPONDENT

## JUDGMENT:
WRIT DISMISSED

Writ of Prohibition and Mandamus
Motion No. 467871
Order No. 467803

**RELEASE DATE:**     September 4, 2013

**ATTORNEYS FOR RELATORS**

Thomas L. Rosenberg
Roetzel & Andress
PNC Center, 12th Floor
155 East Broad Street
Columbus, Ohio 43215

Christine M. Garritano
Roetzel & Andress, L.P.A.
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland, Ohio 44114

**ATTORNEYS FOR RESPONDENT**

Timothy J. McGinty
Cuyahoga County Prosecutor
By: David Lambert
Assistant County Prosecutor
8th Floor, Justice Center
1200 Ontario Street
Cleveland, Ohio 44113

KATHLEEN ANN KEOUGH, J.:

**{¶1}** Pursuant to the relators' August 29, 2013 Notice of Dismissal, this case is dismissed. Relator to pay costs.

**{¶2}** This court directs the clerk of court to serve all parties notice of this judgment and its date of entry upon the journal as required by Civ.R. 58(B).

_____

KATHLEEN ANN KEOUGH, JUDGE

MELODY J. STEWART, A.J., and
MARY EILEEN KILBANE, J., CONCUR